# United States Court of Appeals
## For the First Circuit

No. 09-2109

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ A. VÁZQUEZ-CASTRO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of the court issued on April 7, 2011, is amended as follows:

On the coversheet replace  "Alvin E. Entin, with whom Richard Della Fera was on brief for appellant." with "Alvin E. Entin, with whom Elaine Mittleman was on brief and Richard Della Fera and Entin & Della Fera, P.A., was on reply brief, for appellant."